TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN





ON MOTION FOR REHEARING








NO. 03-11-00067-CV






Ruth Wheeler, Appellant


v.


John Collier Hinson, Appellee






FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. C-1-CV-10-00825, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING




O R D E R


 Appellant's motion for rehearing is granted. We withdraw the opinion and judgment
issued herein on July 13, 2011. Appellant is ordered to file her brief on the merits of the appeal on
or before November 10, 2011.

 It is so ordered October 11, 2011.


 _____________________________________________

 J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin